UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:13-CR-00019-BO-1

| UNITED STATES OF AMERICA | ] | |
| --- | --- | --- |
| | ] | |
| v. | ] | **ORDER** |
| | ] | |
| ABEL BERNAL-PUENTE | ] | |

THIS MATTER coming on to be heard and being heard before the undersigned District Court Judge, presiding over the District Court for the Eastern District of North Carolina, Eastern Division, upon Motion of Defendant, by and through counsel, Richard A. Diener, to seal the Sentencing Memorandum filed in the above-captioned matter on September 17, 2013, and it appearing to the Court that the request is proper in its discretion;

IT IS THEREFORE ORDERED ADJUDGED and DECREED that Defendant's Sentencing Memorandum filed September 17, 2013, be sealed, and that Defendant's Motion to Seal filed September 17, 2013, be sealed.

This __27__ day of __September__, 2013.

_____
United States District Court Judge Presiding